ORIGINAL   CC: FILED ONLY (Φ CC PER CHAMBERS) is 9 PAGES TOTAL   1

# DEFENDANT LIABILITY FORM    NEX: 1a

**United States Court(s)**

Western Division
United States District Court(s)
District of Hawaii *
Oahu, Honolulu, (Hawaii *)

**Index Category** CIVIL / BUSINESS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 23 2022

at 1 o'clock and 00 min. P M
CLERK, U.S. DISTRICT COURT LS

FILED

MICHAEL PECTOL
  PLAINTIFF(S)
v.
NAVY EXCHANGE
  DEFENDANT(S)

• TITLE: REFERENCE INDEX

MOTION FOR SUMMARY JUDGEMENT AND RELIEF (MONETARY) IN THE AMMOUNT OF:
$ 750,000.00 USD

CV22 00230 JAO RT

MOTION FOR RELIEF IN FORM OF: FOOD AND PRODUCTS DISTRIBUTION IN NAVY EXCHANGE FORMAT [RE: CASE CV22 00223 DOCUMENT 8 PAGE 3 PRODUCTS REGISTRATION AT OAHU PORTS.];

FORMS ASSISTANCE;
PORT EMPLOYEE SIGNATURE WITNESS ASSISTANCE

**CIVIL COMPLAINT:**

I WAS HIRED AT THE BOUGANVILLE LOCATION OF THE NAVY EXCHANGE, HOWEVER, WAS ASKED NOT TO CLOCK IN ON THE FIRST DAY. AFTER A MEETING WITH HUMAN RESOURCES IN WHICH I WAS PROVIDED NOT CORRECT INFORMATION REGARDING START DATE (EXCUSES/LIES), AND DENIED A MEETING WITH THE GENERAL MANAGER; ACTIVITIES OF LOCAL RACIAL GANG MEMBERS INDICATED LIKELY USE OF MY IDENTITY TO EMPLOY PERSON(S) NOT ME. THIS SEEMS TO BE A COMMON OCCURANCE IN OAHU'S BUSINESSPLACE REGARDING OTHER PRODUCT FRAUD, AND OTHER PORT ACCESS SECURITY LAPSES. I ALSO EXPERIENCE WEBSITE (JOB-APP) PROFILE HIJACKINGS. ✶ REFERENCE

NOTATION ✶: PERSONS WHOM SIGN HAVE CAPACITIES; NON INDIVIDUAL SPECIFIC / "GENERALIZED"

✶: OTHER OVERTONES OF GENDER BASED EXPLOITATION AND BANKING SYSTEMS EXPLOITATION FROM FEMALE H.R. EMPLOYEES APPLICABLE.

8 PAGES ATTACHED (EVIDENCIARY)

X (SIGNED / SEALED ✶)
PRINTED NAME: MICHAEL PECTOL

✶: STATE OF HAWAII

✶: SIGNATURE CAPACITY - GENERALIZED

Case 1:22-cv-00076-DKW-KJM   Document 47   Filed 05/19/22   Page 3 of 6   PageID #: 539

Case 1:22-cv-00076-DKW-KJM   Document 40   Filed 05/02/22   Page 48 of 56   PageID #: 404

CUI (when filled in)                                    OMB 0703-0061 05/31/2024

# DEPARTMENT OF THE NAVY LOCAL POPULATION ID CARD/BASE ACCESS PASS REGISTRATION

**PRIVACY ACT STATEMENT:**

**AUTHORITY:** 10 U.S.C. 113, Secretary of Defense; DoD Directive 1000.25, DoD Personnel Identity Protection (PIP) Program; DoD Instruction 5200.08, Security of DoD Installations and Resources and the DoD Physical Security Review Board (PSRB); DoD 5200.08-R, Physical Security Program; DoD Directive 5200.27, Acquisition of Information Concerning Persons and Organizations not Affiliated with the Department of Defense (Exception to policy memos); Directive-Type Memorandum (DTM) 09-012, Interim Policy Guidance for DoD Physical Access Control; DTM 14-005, DoD Identity Management Capability Enterprise Services Application (IMESA) Access to FBI National Crime Information Center (NCIC) Files; and E.O. 9397 (SSN), as amended; OPNAVINST 5530.14E, Navy Physical Security and Law Enforcement Program; Marine Corps Order P5530.14, Marine Corps Physical Security Program Manual; SORNNM05512-2 Badge and Access Control System Records and DMDC 16, Identity Management Engine for Security and Analysis (IMESA): http://dpcld.defense.gov/Privacy/SORNsIndex

**PURPOSE(S):** To control physical access to Department of Defense (DoD), Department of the Navy (DON) or U.S. Marine Corps Installations/Units controlled information, installations, facilities, or areas over which DoD, DON, or U.S. Marine Corps has security responsibilities by identifying or verifying an individual through the use of biometric databases and associated data processing/information services for designated populations for purposes of protecting U.S./Coalition/allied government/national security areas of responsibility and information; to issue badges, replace lost badges, and retrieve passes upon separation; to maintain visitor statistics; collect information to adjudicate access to facility; and track the entry/exit times of personnel.

**ROUTINE USE(S):** To designated contractors, Federal agencies, and foreign governments for the purpose of granting Navy officials access to their facility.

**DISCLOSURE:** Providing registration information is voluntary. Failure to provide requested information may result in denial of access to benefits, privileges, and DoD installations, facilities and buildings.

### IDENTITY PROOFING AND APPLICANT INFORMATION

| 1. LAST NAME: | 2. FIRST NAME: | 3. MIDDLE NAME: | 4. NAME SUFFIX: ☐ Jr. ☐ Sr. ☐ I ☐ II ☐ III ☐ IV |
|---|---|---|---|

| 5. RACE: (Check one or more): | ☐ AMERICAN INDIAN or ALASKA NATIVE | ☐ ASIAN | ☐ BLACK or AFRICAN AMERICAN | ☐ HISPANIC OR LATINO | ☐ NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER | ☐ WHITE |
|---|---|---|---|---|---|---|

| 6. GENDER (Check one): ☐ MALE ☐ FEMALE | 7. DATE OF BIRTH: | 8. CITY OF BIRTH: | 9. STATE OF BIRTH: | 10. BIRTH COUNTRY: |
|---|---|---|---|---|

| 11. US CITIZEN (Check): ☐ YES ☐ NO | 12. DUAL CITIZENSHIP: ☐ YES ☐ NO  CITIZENSHIP IF OTHER THAN US (Country): |
|---|---|

**U.S. Citizen Minimum Documentation Required:**
By Birth - Social Security No and/or State ID/Drivers License.
Naturalized - Certification Number, Petition Number, Date, Place and Court, United States passport number, Social Security No and/or State ID/Drivers License.
Derived - Parent's certification number, Social Security No and/or State ID/Drivers License.
**Alien Minimum Documentation Required:**
Registration Number, Expiration date, Date of entry, Port of entry.

| 13. IDENTITY SOURCE DOCUMENTS PRESENTED: | 14. DOCUMENT NUMBER: | 15. ISSUED BY STATE/COURT: | 16. ISSUED BY COUNTRY: | 17. ISSUED: | 18. EXPIRES: |
|---|---|---|---|---|---|
| ☐ Social Security No. | | | United States | | |
| ☐ State ID/Drivers License | | | United States | | |
| ☐ Passport No. | | | | | |
| ☐ Certification Number and Petition Number | | | | | |
| ☐ Derived - Parent's Certification Number: | | | United States | | |
| ☐ Alien Registration No. | | | United States | | |
| | | Date of Entry: | Port of Entry: | | |

**OTHER APPROVED IDENTITY SOURCE DOCUMENTS:**

| ☐ | | | | | |
|---|---|---|---|---|---|
| ☐ | | | | | |

| 19. WEIGHT (Pounds): | 20. HEIGHT (Inches): | 21. HAIR COLOR (Check one): ☐ Blond ☐ Brown ☐ Black ☐ Gray ☐ Red ☐ White ☐ Silver ☐ Auburn ☐ Bald | 22. EYE COLOR (Check one): ☐ Brown ☐ Green ☐ Blue ☐ Hazel ☐ Black ☐ Gray ☐ Violet ☐ Unknown |
|---|---|---|---|

| 23. HOME ADDRESS (Include city, state, zip code): | HOME PHONE (Include Area Code): |
|---|---|

| 24. BASE SPONSOR'S NAME: | SPONSOR PHONE (Include Area Code): |
|---|---|

Controlled by: CoH

Page 1 of 3

11

Case 1:22-cv-00076-DKW-KJM   Document 47   Filed 05/19/22   Page 4 of 6   PageID #: 540

Case 1:22-cv-00076-DKW-KJM   Document 40   Filed 05/02/22   Page 49 of 56   PageID #: 405

CUI (when filled in)                                         OMB 0703-0061 05/31/2024

## EMPLOYMENT ACTIVITY INFORMATON

**25. EMPLOYER NAME AND ADDRESS** *(Include city/state/zip code):*           **EMPLOYER PHONE** *(Include Area Code):*

**26. SUPERVISOR NAME AND ADDRESS** *(Include city/state/zip code):*         **SUPERVISOR PHONE** *(Include Area Code):*

**27.** Check the applicable box for WORK HOURS box or check the OTHER box and enter the work hours, then check the applicable box for WORK DAYS:

WORK HOURS:  ☐ 0600-1600   ☐ 0800-1700   ☐ OTHER        WORK DAYS: ☐ SN  ☐ M  ☐ T  ☐ W  ☐ TH  ☐ F  ☐ ST

## PRIOR FELONY CONVICTIONS

**28.** Have you ever been convicted of a Felony?   ☐ YES  ☐ NO     _____ Initial

## REQUIREMENT TO RETURN LOCAL POPULATION ID CARD

**29.** I understand that I am required to return my Local Population Identification Card to the Base Pass Office when it expires or if my employment is terminated for any reason. _____ (initial)

## AUTHORIZATION AND RELEASE AND CERTIFICATION

**30.** I hereby authorize the DOD/DON and other authorized Federal agencies to obtain any information required from the Federal government and/or state agencies, including but not limited to, the Federal Bureau of Investigation (FBI), the Defense Security Service (DSS), the U.S. Department of Homeland Security (DHS)...................................................

I have been notified of DON right to perform minimal vetting and fitness determination as a condition of access to DON installation/facilities. I understand that I may request a record identifier; the source of the record and that I may obtain records from the State Law Enforcement Office as may be available to me under the law. I also understand that this information will be treated as privileged and confidential information.

I release any individual, including records custodians, any component of the U.S. Government or the individual State Criminal History Repository supplying information, from all liability for damages that may result on account of compliance, or any attempts to comply with this authorization. This release is binding, now and in the future, on my heirs, assigns, associates, and personal representative(s) of any nature. Copies of this authorization that show my signature are as valid as the original release signed by me.

FALSE STATEMENTS ARE PUNISHABLE BY LAW AND COULD RESULT IN FINES AND/OR IMPRISONMENT UP TO FIVE YEARS.

BEFORE SIGNING THIS FORM, REVIEW IT CAREFULLY TO MAKE SURE YOU HAVE ANSWERED ALL QUESTIONS FULLY AND CORRECTLY.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE BY ME ON THIS FORM ARE TRUE, COMPLETE AND CORRECT.

DATE _____        SIGNATURE _____

FINAL DETERMINATION ON YOUR ACCESS: The Base Commanding Officer has final authority for determination on granting physical access to DON controlled installations/facilities under his/her jurisdiction.

### BELOW COMPLETED BY BASE REGISTRAR PERSON CONDUCTING IDENTY PROOFING and NCIC CHECK

| 31. INFORMATION VERIFIED BY: | 32. ENTERED IN C/S SYSTEM BY: | 33. PASS ISSUE DATE: | 34. PASS EXPIRATION DATE: |
|---|---|---|---|
| | | | |

| 35. NCIC CHECK PERFORMED BY: | 36. RESULTS OF NCIC CHECK:<br>☐ NO RECORDS  ☐ RECORD IDENTIFIER<br>RECORD NUMBER: | 37. RESULTS OF LOCAL RECORDS CHECK:<br>☐ NO RECORDS  ☐ RECORD IDENTIFIER<br>RECORD NUMBER: |
|---|---|---|

Office of Under Secretary of Defense Directive-Type Memorandum (DTM) 09-012, "Interim Policy Guidance for DoD Physical Access Control," December 8, 2009. DTM 09-012 requires that DoD installation government representatives query the National Crime Information Center (NCIC) and Terrorist Screening Database to vet the claimed identity and to determine the fitness of non-federal government and non-DoD-issued card holders (i.e. visitors) who are requesting unescorted access to a DoD installation. The minimum criteria to determine the fitness of a visitor is: 1) not on a terrorist watch list; 2) not on an DoD installation debarment list; and 3) not on a FBI National Criminal Information Center (NCIC) felony wants and warrants list. Additionally, SECNAV Memo, Policy for Sex Offender Tracking and Assignment and Access Restrictions within the Department of the Navy, of 7 Oct 08 and OPNAVINST 1752.3 established the Navy's policy on sex offenders, requiring Region Commanders (REGCOMs) and Installation Commanding Officers (COs) to prohibit sex offender access to DoN facilities and Navy owned, leased or PPV housing. This form describes the authority and purpose to collect and share the required information; and identifies the applicant/visitor and sponsor; and authorizes the DoD to perform the minimum vetting and fitness determination criteria. A favorable response on the vetting and fitness determination is required to receive access to DOD-controlled installation/facilities.

DD FORM (MAY 2021)             CUI (when filled in)     Controlled by: DoN    Page 2 of 3
                                                        CUI Category: PRVCY

12

**FINANCIAL SOURCE DOCUMENT**
**PURCHASE ORDER**                F.377750.Z

DATE: APRIL 30, 2021   TERMS:

TO: DEPARTMENT OF NAVY
    - FINANCIAL SERVICES

IN ACCOUNT WITH

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | TOTAL AMOUNT | |
|---|---|---|---|---|

[P. 00127.00160.00500.1] → JKM

Right margin notes:

BLANK FORM
RE:
FUTURE POSSIBLE
CONTRACTS

UPDATED
RE:
NEX HIRING OF
ME, WITH DENIAL
OF PAYCHECK LIKELY
SOURCED AS INTERNAL
FRAUD AND COERCION
FOR LINKING MY
FINANCIALS TO A
U.S. WOMAN FOR
SYSTEM-FRAUD
BALANCES IN THEIR
HATE-GROUPS,
AND SEXUALLY
FINANCED FRAUDULENT
RELIGIOUS.

Department **Navy Gateway Inns & Suites**  Signature _____

Orientation **5/10/22** _____  **Position Description**  Print _____

Date _____

| Job Number | Job Title |
|---|---|
| 037NG | FRONT DESK ASSOCIATE |

| Date Classified | Sal Plan | Occupational Series | Grade | Salary Code | FLSA Status |
|---|---|---|---|---|---|
| 3/11/2022 | NF | 0303 | 02 | | N |

## Job Summary

Position is responsible for performing front desk and/or reservation functions for the lodging program.

## Duties and Responsibilities

- Ensures security of all guests is maintained at all times. Ensures guest privacy is maintained at all times.

- Must possess a welcoming manner and positive attitude; demonstrate effective communication skills; professionally interact with guests; answering guest questions concerning hotel facilities; and provide information about local attractions.

- Provide assistance in handling customer complaints, involving management as necessary.

- Utilizes the Property Management System (PMS) to access the guest information, retrieve reservation information, change or cancel reservations as requested by the guest, or register guests. Verifies registration information, secures a credit card for incidental expenses, and authorizes credit card for room charges. Provides guests with their room key or card.

- Receives requests and processes reservations within established guidelines. When rooms are not available, provides a certificate of non-availability (CNA) and/or alternative lodging in the area.

- Registers and assigns rooms to guests, issuing room keys or cards, transmitting and receiving messages, keeping records of occupied rooms and guest accounts, making and confirming reservations, and presenting statements to and collecting payments as necessary.

- Receives and is accountable for a change fund. Prepares Close Bank Report and deposits cash receipts at the end of each shift in accordance with established procedures.

- Responsible for inventorying all keys and any other supplies or amenities maintained at the front desk. Keeps the front desk and lobby area clean and neat.

- May be required to run and print various reports from the PMS such as Expected Arrivals, Departure List, In-House Guest List and Night Audit reports to include Daily, Monthly and Annual occupancy reports. PAS 10/23/2020

- Verifies charges for correctness, makes appropriate changes if errors occur, and completes all computer generated reports as assigned and notates any account discrepancies for action by management. PAS 10/23/2020

- Answers phones and transfers calls to appropriate individuals and replies to guest questions.

- Logs trouble calls in the PMS and ensures the appropriate department is notified. Relocates guest to a different room when required.

- May be required to retrieve Lost and Found items and contact the guest regarding lost or found items.

- The position may require a rotating shift schedule. Work hours may be scheduled for anytime during a 24 hour day, 7 days a week.

Performs other related duties as assigned.

*Base Access Application Duplicate To:*
*Bldg 3455 JBPHH Oahu, Hawaii, U.S.*
*11:00 AM HST / 1100 MCL May 4, 2022*

*Michael Pectol May 8, 2022*

## CONDITIONAL LETTER OF EMPLOYMENT

Your offer of employment with the Hawaii District Navy Exchange is contingent upon passing the required background check and application processes. These background checks may take a minimum of 90 days to complete. You may be working during this time however, if the background checks do not come back as recommended, your employment with the Navy Exchange will end.

By signing below, you are acknowledging that you have read and understand the provisions of this Conditional Letter of Employment.

Michael Pector
Print Name

_____
Signature          Date





# Welcome Aboard!

## Congratulations! You successfully passed the group interview!

You have been selected for a **Flex** category position with the Navy Exchange Pearl Harbor. Please read the information below carefully in regards to your new position.

>Job Number: <u>220001FD</u>
>Job Title: Front Desk Associate *(position description is attached)*
>Hourly Pay Rate: $16.75
>Department: Navy Gateway Inns & Suites

*Once you have completed ALL steps of the employment process, you can now:*

*MARK YOUR CALENDAR WITH THESE IMPORTANT DATES & TIMES:*

New Hire Orientation/Premier First Day of Work: <u>Tuesday, May 10, 2022 (8:00am – 4:30pm) & Wednesday, May 11, 2022 (8:00 am – 3:00pm)</u>

Cash Handling Training: <u>N/A</u>

As with any position with the Federal Government, there are myriad rules and regulations that must be followed. Among the major ones you should be aware of in accepting employment are:

Criminal Background Check (CBC) and Personnel Security Investigations (PSI):

· All associates selected for a promotion will have a criminal record check complete    prior to the promotion being finalized. An adjudicated finding of Recommended is required for this promotion being finalized. (as applicable)

· For associate who are selected for lateral job change, Personal Security Investigations (PSI) will be used to determine if applicants and associates meet the suitability and fitness requirements for initial and continued employment, assignment to sensitive job duties, and/or are eligible for access to Federal facilities, automated systems, or classified information. This will ensure that no final unfavorable personnel suitability or security determination will be made without compliance with all procedural requirements. The scope and type of PSI varies depending on the duties, sensitivity and access requires for the position (Tier I, 3 or 5). Each job position has been evaluated for risk and sensitivity under guidelines established by OPM. Adjudications are completed by the Department of Defense, Consolidated Central Adjudication Facility (DoD CAF). You will be notified by Loss Prevention if additional PSI reporting is required for your new position.

· Although flexible associates may not participate in NEXCOM's benefits plans, you are entitled to Exchange Shopping privileges, access to MWR facilities and the ability to stay at our Navy Lodges.

Condition of Employment:
· To ensure compliance with an applicable preliminary nationwide injunction, which may be supplemented, modified, or vacated, depending on the course of ongoing litigation, the Federal Government will take no action to implement or enforce the COVID-19 vaccination requirement pursuant to Executive Order 14043. Those not fully vaccinated as defined by the CDC as two weeks after a person have received the requisite number of doses of the



COVID-19 vaccine approved or authorized for emergency use by the FDA, may be required to adhere to COVID-19 testing protocols.

### Where are the Trainings Located?
Main Store, Admin office. Enter through employee entrance of the Navy Exchange, Pearl Harbor. You are not required to show ID

**NEX RECEIVING DOCK**



The employee entrance is located on the North side of the NEX (located left of the package store). Keep walking past the NEX receiving docks.

**EMPLOYEE ENTRANCE**



Enter thru employee entrance. Once inside, turn right. You will see a guard station. Go down the hallway and exit at the door at the end. Go up to the 2nd floor via the elevators, follow the "Come Work for Us" sign.

### Are there any special instructions I need to know regarding COVID-19?

#### Social Distancing/Cloth Face Coverings:
The federal government has established that all individuals on military installations must follow the six foot social distancing requirement. **Mask wear is <u>optional</u>** onboard the installation and its affiliated federal properties/annexes, <u>except for the following</u> locations: Child Development Centers (CDCs), School Age Care (SAC) Facilities, and designated Medical Facilities.

#### Temperature Checks:
All NEXCOM associates and affiliated contractors are required to be screened prior to entry with a touchless thermometer. If your initial temperature reads a 100 degrees or higher you will be directed to remain in a waiting area for a short period of time and will be re-screened. If the second reading remains to be a 100 degrees or higher, you will be directed to go home and advised to contact your health care provider.

#### What to Wear:
<u>Business casual</u> is a more relaxed look yet still professional in appearance. Business professional can be layered with tunic, polo, knit, and aloha shirts. Appropriate closed toe, peep toe footwear or clean solid athletic shoes must be worn. Sandals and slippers are not appropriate for business casual attire.

<u>Visible body piercing is not acceptable.</u> Examples of this would be nose rings/studs, eyebrow rings/studs, tongue rings/studs, etc. Earrings that are less than 18 gauge (regular earring hole size) are not authorized.

<u>Tattoos</u> – In keeping with the Navy guidelines the following is prohibited and will not be authorized as part of the dress code. Tattoos that are obscene, sexually explicit, symbolize affiliation with gangs, supremacist or extremist groups, advocate illegal drug use and/or advocate discrimination based on sex, race, religion, ethnic or national origin are prohibited. Visible tattoos on the neck, face or scalp are prohibited. Large tattoos on the legs, arms and chest must be covered while at work. This is required for the entire Hawaii District.

#### What <u>NOT</u> to Wear:
Exceptions <u>**WILL NOT**</u> be made for the following list of items considered to be inappropriate attire for the Navy Exchange: Jeans, leggings, sweat suits, nylon jogging suits, spandex, clothing with spaghetti straps, strapless or off the shoulder tops, see



**/NEXCOM**
MISSION:YOU

through clothing with visible undergarments, revealing clothing i.e. tops that are too short which reveals midriff area, T-shirt tank tops or T-shirts with offensive/controversial slogans or pictures, club wear, faddish i.e. Hipsters, urban wear, athletic wear, shower shoes, thongs/slippers, and bedroom slippers.

***What Trainings Do I Need to Complete before Orientation:*** *(You are NOT required to print certificates of completion)*

You will be receiving e-mails "WELCOME ABOARD" with the new hire portal to complete paperwork and "WELCOME to LEARN" the mandatory training.
BEFORE your start date please complete ALL assigned tasks.
**You will be paid 6.5 hours at your hourly pay rate for completing at home**
Please e-mail your recruiter once you have completed ALL assigned tasks.
Note: If you do not remember your user name and password, click "Forgot User Name" and enter your email address. Then, click "Forgot Password" when your User Name appears on the screen.

***What to Bring on your First Day:***

**Important Documents**
Federal law requires employers to verify that all new associates hired, are authorized to work in the United States. You'll be required to present either of the two options:
* ***U.S. CITIZENS:*** U.S. Passport **OR** Picture I.D. AND Social Security Card or original Birth Certificate
* ***NON-U.S. CITIZENS:*** Permanent Resident card **OR** Employment Authorization document with picture

***How to Get Paid and complete the Federal W4 form***

Direct Deposit:
· You will be required to enroll in direct deposit. Direct Deposit/Electronic Funds Transfer (DD/EFT) enrollment is required for all new hire Navy Exchanges associates within 30 calendar days of employment.

Access to MyADP: https://myadp.com

The registration code for the Payroll Work Center on this portion of the email that is sent out to the associate.

It is required that you meet all attendance guidelines, complete mandatory training, pass a criminal back ground check, adhere to the dress code policy and successfully pass the cash handling requirements (if applicable) in order to continue employment with the Navy Exchange.

***Have a question or need to reschedule?*** Call Human Resources 808-423-3344 option 3

We look forward to having you on board!

---

NOTES: UPON ARRIVAL FOR TRAINING I WAS ASKED TO LEAVE REGARDING A PENDING BACKGROUND CHECK AND ASSOCIATED EMAIL. THIS REQUEST TO LEAVE WAS IN CONFLICT WITH EMPLOYMENT PROCESS DOCUMENTATION. Pg 2 (DESCRIPTION) - LETTER OF EMPLOYMENT
 — Moeller 5/13/2022