# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL PECTOL, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 22-00230 JAO-RT |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| NAVY EXCHANGE, | June 23, 2022 |
| Defendant. | At 11 o'clock and 00 min a.m.<br>PAM HARTMAN BEYER, CLERK |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED pursuant to the "Order Dismissing Action", ECF No. 8, filed on June 23, 2022, and the "Order (1) Dismissing Complaint and (2) Denying IFP Application Without Prejudice", ECF No. 6, filed on May 31, 2022.

| | |
|---|---|
| June 23, 2022 | PAM HARTMAN BEYER |
| Date | Clerk |
| | /s/ PAM HARTMAN BEYER by JI |
| | (By) Deputy Clerk |